# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2455 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 176 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 43571 |
| | : | |
| ANDREW WILSON BARBIN, | : | (Cumberland County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of April, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Andrew Wilson Barbin is suspended on consent from the Bar of this Commonwealth for a period of one year and one day.

The suspension is stayed in its entirety, and he is placed on probation for a period of one year and one day, subject to the following conditions:

1.  Respondent shall continue to maintain the records required by Pa.R.P.C. 1.15(c) for all IOLTA accounts;

2.  Respondent shall send those records to the Office of Disciplinary Counsel on a quarterly basis, as follows, by March 30, 2018, June 30, 2018, September 30, 2018, December 30, 2018, and March 30, 2019;

3.  Respondent shall select a CPA or other qualified professional, subject to the Office of Disciplinary Counsel's approval, to review Respondent's records and

certify the same for accuracy prior to their submission to the Office of Disciplinary Counsel;

4.  Respondent shall comply with any request by the Office of Disciplinary Counsel for corrected or supplemented records within 20 days of his receipt of such request, without the need for the Office of Disciplinary Counsel to issue a subpoena;

5.  Respondent shall maintain all of the required books and records provided by Pa.R.P.C. 1.15(c) in electronic form, which shall be securely backed up and readily accessible to Respondent and, upon demand, to the Office of Disciplinary Counsel; and

6.  Respondent shall comply with any request by the Office of Disciplinary Counsel for backup records, *see* Pa.R.P.C. 1.15(c)(3), within 20 days of his receipt of such request, without the need for the Office of Disciplinary Counsel to issue a subpoena.

Respondent's probationary term shall not expire until he has provided the Office of Disciplinary Counsel with the required records, and any requested corrected or supplemented records, and the Office of Disciplinary Counsel has determined that those records are sufficient under Pa.R.P.C. 1.15(c).  Any failure by Respondent to comply with the terms of his probation shall result in his immediate transfer to suspended status for the remainder of the one year and one day term, and he shall be required to file a petition and proceed to a hearing prior to any reinstatement.  *See* Pa.R.D.E. 218(a)(1).

It is further ORDERED that Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.